```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA      )
                              )
         v.                   )
                              )
MAKSIM ELENTUKH,              )
 a/k/a "Max"                  )
                              )
SLAVA PRIDE,                  )  CRIMINAL NO.:03-10321-RWZ
 a/k/a "Vyacheslav            )
       Prikazchikov"          )
 a/k/a "Vyacheslav Pride"     )
                              )
ALEX SHLYAPIN                 )
```

**APPEARANCE OF COUNSEL**

Assistant United States Attorney Jeffrey Auerhahn will be representing the United States in the prosecution of this case.

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                United States Attorney

               By: _____
                     JEFFREY AUERHAHN
                     Assistant U.S. Attorney