**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | CRIMINAL NO.:03-10321-RWZ |
| ) | |
| **v.** ) | |
| ) | |
| **MAKSIM ELENTUKH,** ) | |
| a/k/a "Max" ) | |
| ) | |
| **SLAVA PRIDE,** ) | |
| a/k/a "Vyacheslav ) | |
| Prikazchikov" ) | |
| a/k/a "Vyacheslav Pride" ) | |
| ) | |
| **ALEX SHLYAPIN** ) | |

**GOVERNMENT'S NOTICE OF WITHDRAWAL OF COUNSEL**

The United States of America, by and through its attorney, the United States Attorney for the District of Massachusetts, hereby respectfully gives notice of the withdrawal of AUSA Colin Owyang.  AUSA Auerhahn will continue to represent the government.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:  /s/ Colin Owyang
                              COLIN OWYANG
                              Assistant U.S. Attorney